| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-2058<br><br>**Pincus Law Group, PLLC**<br>jmonari@pincuslaw.com<br>John Monari, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11566<br>(516) 699-8902<br>ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. | |
| In Re:<br><br>    Daniel W. McFarland<br><br>              DEBTOR | Case No.: 21-17608<br><br>Chapter 13<br><br>Hearing Date: 06/06/2023<br><br>Judge: ABA |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. has filed papers with the court to requesting Relief from the Automatic Stay.

    **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

    **Hearing Date:**   06/06/2023

    **Hearing Time:**   10:00am

    **Hearing Location:**   400 Cooper Street, 4th Floor, Camden, N.J. 08101

**Courtroom Number:**   4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

**Isabel C. Balboa**
535 Route 38-Suite 580
Cherry Hill, NJ 08002

**Pincus Law Group, PLLC**
425 RXR Plaza
Uniondale, NY 11556

    If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:   05/15/2023                                **PINCUS LAW GROUP, PLLC**

                                                      By:   /s/ John Monari
                                                             John Monari, Esquire
                                                             425 RXR Plaza
                                                             Uniondale, NY 11556
                                                             Telephone: (516)-699-8902
                                                             Fax: 516-279-6990
                                                             Email: jmonari@pincuslaw.com